UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID A. PHILIP, ) | |
| ) | 2:11-CV-01431-PMP-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| BAC HOME LOANS SERVICING, LP, *et al.*, ) | |
| Defendants. ) | |

On August 11, 2011, Plaintiff commenced this action in Nevada State Court challenging Defendants' foreclosure on a Deed of Trust for the Property located at 933 Medina De Leon Ave., and alleging four claims for relief, to wit: (1) Wrongful Foreclosure; (2) Slander of Title; (3) Civil Conspiracy; and (4) Quiet Title. Defendant removed the action to this Court on September 6, 2011, and on September 13, 2011, filed a Motion to Dismiss Plaintiff's Complaint (Doc. #4) which is now fully briefed and which was the subject of a hearing conducted November 16, 2011. The Court finds that for the reasons advanced in Defendants' Motion to Dismiss (Doc. #4), Plaintiff has failed to state a plausible claim for relief. Therefore, Defendants are entitled to the relief requested.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #4) is **GRANTED**.

DATED: November 21, 2011.

PHILIP M. PRO
United States District Judge